

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00194-CV

Jerry A. **GUZZETTA**,
Appellant

v.

**BRIMHALL LQ, LLC** d/b/a La Quinta Hotel,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14775
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

Appellant has requested eight additional days to file his opening brief. *See* TEX. R. APP. P. 38.6(d).

Appellant's motion is **granted**. The brief is due on November 18, 2022. *See id.*

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.

Michael A. Cruz,
Clerk of Court